UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MONZER AL-KASSAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-00086-JPH-DLP |
| | ) | |
| S. JULIAN, | ) | |
| FNU RIGSBY, | ) | |
| M. SAMPLE, | ) | |
| CLINT SWIFT, | ) | |
| EVELYN KELLER, | ) | |
| FNU RODRIGUEZ, | ) | |
| ROBERT ROLOFF, | ) | |
| FNU MCCOY, | ) | |
| FNU DUBBINS, | ) | |
| CORY MILLER, | ) | |
| FNU SULLIVAN, | ) | |
| FRANK HART, | ) | |
| AMY ADAMS, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter is set for a telephone status conference on **April 24, 2020 at 2:00**

**p.m. (Eastern).**   The purpose of the conference is to discuss case status.   Counsel

shall attend the conference by calling the designated phone number, to be provided

by the Court via email generated by the Court's ECF system.

Date: 3/31/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

MONZER AL-KASSAR
61111-054
MARION
U.S. PENITENTIARY
P.O. BOX 1000
MARION, IL 62959