**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| MONZER AL-KASSAR, Plaintiff, | ) | |
| v. | ) | Case No. 2:18-cv-00086-JPH-DLP |
| S. JULIAN, et al. Defendants. | ) | |

**PLAINTIFF'S FINAL *PAVEY* HEARING WITNESS LIST**

Pursuant to this Court's August 19, 2020 Entry, ECF No. 158, the Plaintiff, by counsel, hereby submits his final list of witnesses whom he presently believes he may call at the *Pavey* hearing in this case, exclusive of witnesses he may call solely for purposes of impeachment, and exclusive of unknown and unanticipated witnesses he may call solely for purposes of rebuttal.

1. **Monzer Al-Kassar** (Plaintiff). Mr. Al-Kassar will testify as to how he was thwarted from timely submitting the official forms, and his successful submission of timely complaints using improvised forms, as well as how remedies were rendered unavailable to him.

2. **Scott Rendelman** (Inmate). Mr. Rendelman will testify about the practices of Defendants that prevented Plaintiff from timely submitting official forms.

3. **Reginald Falice** (Inmate). Mr. Falice will testify about the practices of Defendants that prevented from Plaintiff timely submitting official forms.

4. **Hosam al-Smadi** (Inmate). Mr. al-Smadi will testify about the practices of Defendants that prevented Plaintiff from timely submitting official forms.

5. **Clint Swift** (on Defendants' list). Mr. Swift's truthful testimony will support Plaintiff's legal position on the exhaustion of administrative remedies by Plaintiff, and the grievance process used at FCC-Terre Haute in 2016.

6. **Evelyn Keller** (on Defendants' list). Ms. Keller's truthful testimony will support Plaintiff's legal position on the exhaustion of administrative remedies by Plaintiff.

7. **Kathy Hill** (on Defendants' list). Ms. Hill's truthful testimony will support Plaintiff's legal position on the exhaustion of administrative remedies by Plaintiff with respect to USP-Marion.

8. **Jeffrey Dobbins** (on Defendants' list). Mr. Dobbins' truthful testimony will support Plaintiff's legal position on the exhaustion of administrative remedies by Plaintiff.

9. **William A. White** (Inmate). Mr. White will testify about the practices of Defendants that prevented Plaintiff from timely submitting official forms.

10. **Stephen Julian** (on Defendants' list). Mr. Julian's truthful testimony will support Plaintiff's legal position on the exhaustion of administrative remedies by Plaintiff, the scanning of at least one of Plaintiff's handwritten documents to the Bureau of Prison's prisoner file for Plaintiff, and his knowledge, or lack thereof, of the grievance process used at FCC Terre Haute in 2016.

11. **Robert Schalberg** (on Defendant's list). Mr. Schalburg's truthful testimony will support Plaintiff's legal position on the exhaustion of administrative remedies by Plaintiff, and the grievance process used at FCC Terre Haute in 2016.

Respectfully submitted,

ICE MILLER, LLP

/s/ *David J. Carr*
David J. Carr, Attorney No. 4241-49
Paul C. Sweeney, Attorney No. 20392-29
Joana O. Ampofo, Attorney No. 35896-49
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Ph.: (317) 236-2100
Fax: (317) 236-2219
David.Carr@icemiller.com
Paul.Sweeney@icemiller.com
Joana.Ampofo@icemiller.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2020, a copy of the foregoing PLAINTIFF'S FINAL *PAVEY* HEARING WITNESS LIST was filed electronically. Service of this filing will be made on all ECF-registered counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on August 27, 2020, a copy of the foregoing was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Monzer Al-Kassar
Prisoner No. 61111-054
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. Box 1000
Marion, IL 62959

/s/ *David J. Carr*
David J. Carr

Ice Miller, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Ph.: (317) 236-2100
Fax: (317) 236-2219
David.Carr@icemiller.com